United States District Court
Southern District of Texas
**ENTERED**
November 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESSIE SEPULVEDA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-00231 |
| | § | |
| GENERAL MOTORS LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Now before the Court is the Stipulation of Dismissal filed by Plaintiffs Jessie and Carlos Sepulveda and Defendant General Motors, LLC. (Dkt. No. 13). The Court, after considering the Stipulation, believes it to be in accordance with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Court costs will be paid by the party incurring same.

The Clerk of Court is hereby **DIRECTED** to close this case.

SO ORDERED November 17, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge